UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                                              CRIMINAL NO. 1:16CR-27-GNS

TARAS FLIPPIN                                                                 DEFENDANT

WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
*Electronically Filed*

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF KENTUCKY,

AND THE JAILER OF THE WARREN COUNTY JAIL, BOWLNG GREEN, KENTUCKY,

GREETINGS:

We command that you have the body of Taras Flippin now detained in the Warren County Jail, Bowling Green, Kentucky, under your custody as it is said, under safe and secure conduct on or before the 24th day of August, 2016, at Bowling Green, Kentucky, by 10:00 a.m., for appearance before the Judge of our District Court within and for the District aforesaid, and to remain in federal custody until final resolution of this case, for the purpose of defending, if he wishes, charges against him now pending in this Court, and after conclusion of said cause, that you return him to the said Warren County Jail, Bowling Green, Kentucky, under safe and secure conduct, and have you then and there this writ.